UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-vs-

Case No. 2:05cr20414-1B

VINCENT MCGOWAN

---

# ORDER APPOINTING COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

## APPOINTMENT OF COUNSEL

- The Federal Public Defender is appointed as counsel for the Defendant.

## TYPE OF APPOINTMENT

- Through trial and notice of appeal

**DONE** and **ORDERED** in 167 North Main, Memphis, this 30TH day of November, 2005.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
VINCENT MCGOWAN

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20414 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT