IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VINCENT MCGOWAN

    Defendant.

05 DEC -6 AM 9: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Cr. No. 2:05cr20414-1-B

## ORDER ON ARRAIGNMENT

This cause came to be heard on _December 5, 2005_ The Assistant United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME: _D. Holt_ who is Retained/ Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____ The defendant, who is not in custody, may stand on his/her present bond.

__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

                                                            United States Magistrate Judge

Charges: 18:922(g); 18:841(a)(1)
Firearms: Possession of Ammunition

Assistant U.S. Attorney assigned to case: G. GILLULY

The defendant's age is: _34_.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12-6-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20414 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT